# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES ST JOHN JR WITHINGTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:24-CV-02632-JGB-SHK<br><br>The Hon. Judge Jesus G. Bernal<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:  October 2, 2024<br>Trial Date:  April 14, 2026 |

Pursuant to the Stipulation Re Dismissal of Entire Action with Prejudice filed by the Parties under Federal Rules of Civil Procedure Rule 41, and good cause appearing therefore, the entire action is hereby DISMISSED.

IT IS SO ORDERED.

Dated: September 19, 2025

_____

The Hon. Judge Jesus G. Bernal